CO-386
10/2018

# United States District Court
# For the District of Columbia

```
                              )
                              )
                              )
                              )
            Plaintiff         )
    vs                        )    Civil Action No._____
                              )
                              )
                              )
                              )
            Defendant         )
```

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for _____ certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of _____ which have

any outstanding securities in the hands of the public:

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

_____    _____
BAR IDENTIFICATION NO.                     Print Name

                                           _____
                                           Address

                                           _____
                                           City            State        Zip Code

                                           _____
                                           Phone Number