## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL BUREAU OF INVESTIGATION AGENTS ASSOCIATION; JOHN DOE 1; JOHN DOE 2; JOHN DOE 3; JOHN DOE 4; JANE DOE 1; JANE DOE 2; and JANE DOE 3.<br><br>                Plaintiffs,<br><br>          v.<br><br>U.S. DEPARTMENT OF JUSTICE and THE UNITED STATES OF AMERICA,<br><br>                Defendant. | Civil Case No. 25-_____ |

## **MOTION FOR A TEMPORARY RESTRAINING ORDER**

Pursuant to Federal Rule of Civil Procedure 65(b) and Local Civil Rule 65.1(a), Plaintiffs hereby move for a temporary restraining order enjoining the Department of Justice and the United States of America from publicly disclosing the names of targeted individuals at the Federal Bureau of Investigation while this litigation proceeds.

As detailed in the accompanying Memorandum, Plaintiffs expect the Defendants will soon take action against numerous FBI personnel, including the individual Plaintiffs named here. The Defendants' actions will result in the disclosure of the identities of individual FBI personnel, which will cause immediate and irreparable harm to the Plaintiffs, who will be harassed and subjected to threats of violence in violation of their First Amendment and Due Process rights.

WHEREFORE, Plaintiffs respectfully request that the Court enter a temporary restraining order against Defendants to prevent the public disclosure of the identities of targeted FBI personnel, as set forth in the attached proposed Order.

Dated: February 4, 2025                                    Respectfully submitted,

*s/Mark S. Zaid*
Mark S. Zaid, D.C. Bar #440532
Bradley P. Moss, D.C. Bar #975905
Law Office of Mark S. Zaid, P.C.
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036                                        *s/Christopher M. Mattei*
Tel: (202) 498-0011                                         Christopher M. Mattei (pro hac vice
Fax: (202) 330-5610                                         pending)
Mark@MarkZaid.com                                           Margaret M. Donovan (pro hac vice
Brad@MarkZaid.com                                           pending)
                                                            Koskoff, Koskoff & Bieder
*s/Norman L. Eisen*                                         350 Fairfield Avenue
Norman L. Eisen, D.C. Bar #435051                           Bridgeport, CT 06604
Tianna J. Mays, D.C. Bar #90005882                          Tel: 203-336-4421
State Democracy Defenders Fund                              Fax: 203-368-3244
600 Pennsylvania Avenue SE, No. 15180                       cmattei@koskoff.com
Washington, DC 20003                                        mdonovan@koskoff.com
Tel: (202) 594-9958
Norman@statedemocracydefenders.org                          *Attorneys for Plaintiff Federal Bureau of*
Tianna@statedemocracydefenders.org                          *Investigation Agents Association*

*Attorneys for John Doe 1-4 & Jane Doe 1-3*

## LCvR 65.1(a) CERTIFICATE OF COUNSEL

Pursuant to LCvR 65.1(a), undersigned counsel certifies that, on February 4, 2025, and immediately following the filing of this Motion with the Court, the Defendants and their counsel were provided via e-mail with actual notice of the filing of Plaintiffs' Motion for a Temporary Restraining Order and supporting Memorandum, the Complaint, Plaintiffs' Motion for Leave to Proceed Anonymously and accompanying memorandum, and associated supporting documents.

*s/Mark S. Zaid*
Mark S. Zaid, D.C. Bar #440532