# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL BUREAU OF INVESTIGATION AGENTS ASSOCIATION; JOHN DOE 1; JOHN DOE 2; JOHN DOE 3; JOHN DOE 4; JANE DOE 1; JANE DOE 2; and JANE DOE 3.<br><br>　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>U.S. DEPARTMENT OF JUSTICE and THE UNITED STATES OF AMERICA,<br><br>　　　　　　Defendant. | Civil Case No. 25-_____ |

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion for a Temporary Restraining Order and accompanying brief, it is hereby

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that the United States Department of Justice and the United States of America are **ENJOINED** from publicly disclosing the names of FBI personnel until further order of this Court.

**SO ORDERED** this _____ day of February 2025.

_____
United States District Judge

## NAMES OF PERSONS TO BE SERVED
## WITH PROPOSED ORDER UPON ENTRY

Pursuant to Local Civil Rule 7(k), below are the names and addresses of persons entitled to be notified of entry of the above Proposed Order:

Attorney General of the United States
c/o Assistant Attorney General for Administration
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

*Attorneys for Defendant*

Brian P. Hudak
Chief, Civil Division
U.S. Attorney's Office for District of Columbia
601 D Street., N.W.
Washington, D.C. 20579
Phone: (202) 252-2549
Email: Brian.Hudak@usdoj.gov

*Attorneys for Defendant*

Christopher M. Mattei (pro hac vice pending)
Margaret M. Donovan (pro hac vice pending)
Koskoff, Koskoff & Bieder
350 Fairfield Avenue
Bridgeport, CT 06604
Tel: 203-336-4421
Fax: 203-368-3244
cmattei@koskoff.com
mdonovan@koskoff.com

*Attorneys for Plaintiff Federal Bureau of Investigation Agents Association*

Mark S. Zaid, D.C. Bar #440532
Bradley P. Moss, D.C. Bar #975905
Law Office of Mark S. Zaid, P.C.
1250 Connecticut Avenue, NW, Suite 700
Washington, DC 20036
Tel: (202) 498-0011
Fax: (202) 330-5610
Mark@MarkZaid.com
Brad@MarkZaid.com

2

Norman L. Eisen, D.C. Bar #435051
Tianna J. Mays, D.C. Bar #90005882
State Democracy Defenders Fund
600 Pennsylvania Avenue SE, No. 15180
Washington, DC 20003
Tel: (202) 594-9958
Norman@statedemocracydefenders.org
Tianna@statedemocracydefenders.org

*Attorneys for John Doe 1-4 & Jane Doe*