UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL BUREAU OF INVESTIGATION AGENTS ASSOCIATION; JOHN DOE 1; JOHN DOE 2; JOHN DOE 3; JOHN DOE 4; and JANE DOE,<br><br>　　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>U.S. DEPARTMENT OF JUSTICE and THE UNITED STATES OF AMERICA,<br><br>　　　　　　Defendant. | Civil Case No. 25-_____ |

## **PLAINTIFFS' MOTION TO FILE A PSEUDONYMNOUS COMPLAINT**

Plaintiffs, through counsel, pursuant to Local Civil Rule Rule 5.1(h), respectfully move for an order allowing them to file a pseudonymous complaint and proceed under pseudonym to protect them from injury and imminent harm in all filings in this case, for the reasons set forth in the accompanying memorandum of law.

Pursuant to LCvR 7(m), the undersigned counsel for the Plaintiffs requested a position from the Defendants but at the time of filing had not received a response. The granting of this Motion will not delay or impact any other currently scheduled matters in this proceeding. A proposed Order is attached.

Dated: February 4, 2025

Respectfully submitted,

*s/Mark S. Zaid*
Mark S. Zaid, D.C. Bar #440532
Bradley P. Moss, D.C. Bar #975905
Law Office of Mark S. Zaid, P.C.
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036
Tel: (202) 498-0011
Fax: (202) 330-5610
Mark@MarkZaid.com
Brad@MarkZaid.com

*s/Norman L. Eisen*
Norman L. Eisen, D.C. Bar #435051
Tianna J. Mays, D.C. Bar #90005882
State Democracy Defenders Fund
600 Pennsylvania Avenue SE, No. 15180
Washington, DC 20003
Tel: (202) 594-9958
Norman@statedemocracydefenders.org
Tianna@statedemocracydefenders.org

*Attorneys for John Doe 1-4 & Jane Doe 1-3*

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL BUREAU OF INVESTIGATION AGENTS ASSOCIATION; JOHN DOE 1; JOHN DOE 2; JOHN DOE 3; JOHN DOE 4; JANE DOE 1; JANE DOE 2; and JANE DOE 3.<br><br>　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>U.S. DEPARTMENT OF JUSTICE and THE UNITED STATES OF AMERICA,<br><br>　　　　　　　Defendant. | Case No. _____ |

**[PROPOSED] ORDER**

　　　Upon consideration of Plaintiffs' motion to proceed with pseudonyms and accompanying brief, it is hereby

　　　**ORDERED** that the motion is **GRANTED**; it is further

**ORDERED** that the Plaintiffs may proceed by pseudonym in all filings in this case.

　　　**SO ORDERED** this _____ day of February 2025.

_____
United States District Judge
