## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL BUREAU OF INVESTIGATION AGENTS ASSOCIATION; JOHN DOE 1; JOHN DOE 2; JOHN DOE 3; JOHN DOE 4; JANE DOE 1; JANE DOE 2; and JANE DOE 3.<br><br>           Plaintiffs,<br><br>           v.<br><br>U.S. DEPARTMENT OF JUSTICE and THE UNITED STATES OF AMERICA,<br><br>           Defendant. | Civil Case No. 25-_____ |

## **[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion to File a Pseudonymous Complaint and accompanying brief, it is hereby

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that the Plaintiffs may use the pseudonyms until such time as the Court orders otherwise or the Parties agree.

**SO ORDERED** this _____ day of February 2025.

 

_____
United States District Judge