AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | ) |
|---|---|
| Federal Bureau of Investigation Agents Association, et | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 25-328 |
| Department of Justice | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs John Doe 1-4 and Jane Doe 1-3  .

Date:   02/04/2025

*Attorney's signature*

Bradley P. Moss - 975905
*Printed name and bar number*

Mark S. Zaid, P.C.
1250 Connecticut Avenue, NW Suite 700
Washington, D.C. 20036

*Address*

brad@markzaid.com
*E-mail address*

(202) 907-7945
*Telephone number*

(202) 558-4432
*FAX number*