UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

FEDERAL BUREAU OF INVESTIGATION
AGENTS ASSOCIATION;
JOHN DOE 1;
JOHN DOE 2;
JOHN DOE 3;
JOHN DOE 4;
JANE DOE 1;
JANE DOE 2; and
JANE DOE 3.

           Plaintiffs,

           v.

U.S. DEPARTMENT OF JUSTICE and
THE UNITED STATES OF AMERICA,

           Defendant.

Civil Case No. 25-328

## **ERRATA**

NOW COME the Plaintiffs, by and through their undersigned counsel, to respectfully re-file Docket 1-5 and 5, which is the attached Local Rule 26.1 Certificate, so that it is not a fillable pdf.

Dated: February 4, 2025

Respectfully submitted,

*s/Mark S. Zaid*
Mark S. Zaid, D.C. Bar #440532
Law Office of Mark S. Zaid, P.C.
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036
Tel: (202) 498-0011
Fax: (202) 330-5610
Mark@MarkZaid.com

*Attorney for Plaintiffs*

1