CO-386
10/2018

# United States District Court
# For the District of Columbia

FEDERAL BUREAU OF INVESTIGATIONS )
AGENTS ASSOCIATION; JOHN DOES )
#1-#4; JANE DOES #1-#3 )
)
              Plaintiff )
   vs )   Civil Action No. 25-_____
)
U.S. DEPARTMENT OF JUSTICE; )
UNITED STATES OF AMERICA )
)
              Defendant )

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for **FBI Agents Assocation ("FBIAA")** certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of **FBIAA** which have any outstanding securities in the hands of the public:

Member Assistance Fund (non profit)
The College Fund (non profit)

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

*/s/ signature*
Signature

Fed. Bar. No. 31787 (D/CT) (D/DC PHV Pending)
BAR IDENTIFICATION NO.

Margaret Donovan
Print Name

Koskoff, Koskoff & Bieder, 350 Fairfield Ave, #501
Address

Bridegport CT 06604
City    State    Zip Code

203-336-4421
Phone Number