AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| FBI Agents Association, et al., | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 1:25-cv-00328 |
| U.S. Department of Justice, et al., | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, JOHN DOE 4, JANE DOE 1; JANE DOE 2, and JANE DOE 3  .

Date:   02/04/2025

/s/ Andrew P. Bakaj, Esq.
*Attorney's signature*

Andrew P. Bakaj, Esq., Bar No. 978658
*Printed name and bar number*

1250 Conneceticut Avenue, NW
Suite 700
Washington, DC 20036
*Address*

APB@CompassRosePLLC.com
*E-mail address*

(202) 570-4896
*Telephone number*

(202) 478-5201
*FAX number*