UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL BUREAU OF INVESTIGATION AGENTS ASSOCIATION; JOHN DOE 1; JOHN DOE 2; JOHN DOE 3; JOHN DOE 4; JANE DOE 1; JANE DOE 2; and JANE DOE 3.<br><br>            Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE and THE UNITED STATES OF AMERICA,<br><br>            Defendant. | Civil Case No. 25-328 |

**NUNC PRO TUNC MOTION TO SEAL DECLARATION OF MARK S. ZAID, ESQ.**

NOW COME the Plaintiffs, by and through their undersigned counsel, to respectfully seal the Declaration of Mark S. Zaid, Esq. (Dkt. 3), which details sensitive personal information and identifiers regarding the John and Jane Doe Plaintiffs, to include their names, addresses and biographical information. For the reasons set forth, and adopted herein, in the Memorandum of Law (Dkt. 3-1) to support the Motion to File a Pseudonymnous Complaint (Dkt. 3), which assert concerns of physical safety and well-being for the individual Plaintiffs and their families, it is further respectfully requested that the Plaintiffs not be required to share the information with the Defendants, until such time as the Court orders or the Parties mutually agree.

Pursuant to the Local Rules, counsel for the Defendants were advised of this Motion but prior to filing no position was noted. The granting of this Motion will not delay or impact any other currently scheduled matters in this proceeding. A proposed Order is attached.

2

Dated: February 4, 2025

Respectfully submitted,

*s/Mark S. Zaid*
Mark S. Zaid, D.C. Bar #440532
Law Office of Mark S. Zaid, P.C.
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036
Tel: (202) 498-0011
Fax: (202) 330-5610
Mark@MarkZaid.com

*Attorney for Plaintiffs*