## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL BUREAU OF INVESTIGATION AGENTS ASSOCIATION; JOHN DOE 1; JOHN DOE 2; JOHN DOE 3; JOHN DOE 4; JANE DOE 1; JANE DOE 2; and JANE DOE 3.<br><br>        Plaintiffs,<br><br>        v.<br><br>U.S. DEPARTMENT OF JUSTICE and THE UNITED STATES OF AMERICA,<br><br>        Defendant. | Civil Case No. 25-328 |

## ORDER

Upon consideration of Plaintiffs' Motion to Seal Declaration of Mark S. Zaid, Esq., it is hereby

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that the Plaintiffs are not required to provide the Defendants with access to the sealed Declaration until such time as the Court orders otherwise or the Parties mutually agree.

**SO ORDERED** this _____ day of February 2025.

_____
United States District Judge