UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

FEDERAL BUREAU OF INVESTIGATION
AGENTS ASSOCIATION;
JOHN DOE 1;
JOHN DOE 2;
JOHN DOE 3;
JOHN DOE 4;
JANE DOE 1;
JANE DOE 2; and
JANE DOE 3.

          Plaintiffs,

          v.

U.S. DEPARTMENT OF JUSTICE and
THE UNITED STATES OF AMERICA,

          Defendant.

Civil Case No. 25-328

## CERTIFICATION OF PLAINTIFFS' COUNSEL
## PERTAINING TO MOTION FOR TEMPORARY RESTRAINING ORDER

NOW COME the Plaintiffs, by and through their undersigned counsel, to respectfully file this Certification in compliance with LCvR 65.1(a) and confirm to the Court that at 2:30 pm today, I personally e-mailed the Defendants' counsel within the U.S. Attorney's Office for the District of Columbia and the Department of Justice copies of the Complaint (Dkt. 1), Motion for a Temporary Restraining Order (Dkt. 2) and Motion to File a Pseudonymous Complaint (Dkt. 3), and all accompanying documents for each entry.

Additionally, copies of all other subsequent filings have also been provided to the Defendants' counsel via e-mail and that will continue until such time as the legal representatives formally file a Notice of Appearance with the Court.

Dated: February 4, 2025

                                                   Respectfully submitted,

                                                   *s/Mark S. Zaid*
                                                 Mark S. Zaid, D.C. Bar #440532
                                                 Law Office of Mark S. Zaid, P.C.
                                                 1250 Connecticut Avenue, NW
                                                 Suite 700
                                                 Washington, D.C. 20036
                                                 Tel: (202) 498-0011
                                                 Fax: (202) 330-5610
                                                 Mark@MarkZaid.com

                                                 *Attorney for Plaintiffs*