**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FEDERAL BUREAU OF INVESTIGATION AGENTS ASSOCIATION; JOHN DOE 1; JOHN DOE 2; JOHN DOE 3; JOHN DOE 4; JANE DOE 1; JANE DOE 2; and JANE DOE 3. | Civil Case No. 25-328 |

Plaintiffs,

v.

U.S. DEPARTMENT OF JUSTICE and
THE UNITED STATES OF AMERICA,

Defendants.

**CONSENTED-TO PLAINTIFFS' MOTION FOR ADMISSION OF
ATTORNEY CHRISTOPHER MATTEI *PRO HAC VICE***

NOW COMES the Plaintiffs, by and through their undersigned local counsel and pursuant to

Local Rule 83.2(e), to move for the admission and appearance of attorneys Christopher Mattei

*pro hac vice* in the above-captioned case.

This Motion is supported by the Declaration of Mark S. Zaid, Esq., attached as Exhibit "1",

and the Declaration of Christopher Mattei, Esq., and his current Certificate of Good Standing

attached as Exhibit "2".

As set forth in Mr. Mattei's declaration, he is admitted and is an active member in good

standing in the United States District Court for the District of Connecticut, United States District

Court for the Second Circuit, and the Connecticut Bar.

Counsel for the Defendants were advised of this Motion and have indicated they consent. The granting of this Motion will not delay or impact any other currently scheduled matters in this proceeding. A proposed Order is attached.

Date: February 4, 2025

Respectfully submitted,

*s/Mark S. Zaid*

Mark S. Zaid, Esq.
D.C. Bar No. 440532
MARK S. ZAID, P.C.
1250 Connecticut Avenue, N.W.
Suite 700
Washington, D.C. 20036
Email: Mark@MarkZaid.com
Phone: (202) 498-0011
Facsimile: (202) 330-5610