# EXHIBIT "2"

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

FBI Agents Assoc., et al. )
_____ )
      Plaintiff(s) )
 )
vs. ) Case Number:
 )
U.S. Department of Justice )
_____ )
      Defendant(s)

### DECLARATION FOR PRO HAC VICE ADMISSION
(to be attached to Motion for Pro Hac Vice Admission)

    In accordance with LCvR 83.2 (c)(2) and LCvR 44.1 (c)(2), I hereby declare that the answers to the following questions are complete, true, and correct:

1. Full Name: **Christopher M. Mattei**

2. State bar membership number: **425074**

3. Business address, telephone and fax numbers:

    **Koskoff, Koskoff & Bieder, 350 Fairfield Avenue, Bridgeport, CT 06604**

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:

    **State of Connecticut, U.S.D.C for the District of Connecticut, U.S.C.A. 2d Cir.**

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body? Yes ☐ No ☑

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies? Yes ☐ No ☑

    (Please attach a statement explaining any "Yes" answers to questions 5 or 6.)

7. List the number of times the attorney has been admitted pro hac vice into this court within the last two years. **None**

    (If your principal office is located in the District of Columbia, please answer questions 8 and 9.)

8. Are you a member of the DC Bar? **No**

9. Do you have a pending application for admission into USDC for the District of Columbia? **No**

**In compliance with Local Rule 83.2(b) or LCrR 44.1(b), an attorney who wishes to appear as sole or lead counsel in a contested evidentiary hearing or trial on the merits further certifies that he/she:**

(CHECK ALL ITEMS THAT APPLY)

1. ☑ has previously acted as sole or lead counsel in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction in a contested jury or bench trial or other contested evidentiary hearing in which testimony was taken in open court and an order or other appealable judgment was entered. [LCvR 83.2(b)(1)/LCrR 44.1(b)(1)]; **OR**

2. ☑ has participated in a junior capacity in an entire contested jury or bench trial in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction. [LCvR 83.2(b)(2)/LCrR 44.1(b)(2)]; **OR**

3. ☐ has satisfactorily completed a continuing legal education trial advocacy course of at least 30 hours sponsored by the District of Columbia Bar or accredited by a State Bar. [LCvR 83.2(b)(3)/LCrR 44.1(b)(3)]

I declare under penalty of perjury that the foregoing is true and correct.

02-03-2025                                    _[signature]_
_____                                _____
DATE                                          SIGNATURE OF ATTORNEY

2

# United States District Court for the District of Connecticut



## Certificate of Good Standing

I, Dinah Milton Kinney, Clerk of this Court, do hereby certify that *Christopher M. Mattei* (Bar #ct27500) was duly admitted to practice in this Court on October 23, 2007 and is in good standing as a member of the Bar of this Court.

Dated at Bridgeport, Connecticut on February 4, 2025.

Dinah Milton Kinney, Clerk

By: Joanne Pesta
Deputy Clerk



LF-136 Form (Rev. 1-3-22)