UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL BUREAU OF INVESTIGATION AGENTS ASSOCIATION; JOHN DOE 1; JOHN DOE 2; JOHN DOE 3; JOHN DOE 4; JANE DOE 1; JANE DOE 2; and JANE DOE 3.<br><br>　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>U.S. DEPARTMENT OF JUSTICE and THE UNITED STATES OF AMERICA,<br><br>　　　　　　Defendants. | Civil Case No. 25-328 |

**CONSENTED-TO PLAINTIFFS' MOTION FOR ADMISSION OF
ATTORNEY MARGARET DONOVAN *PRO HAC VICE***

NOW COMES the Plaintiffs, by and through their undersigned local counsel and pursuant to Local Rule 83.2(e), to move for the admission and appearance of attorneys Margaret Donovan *pro hac vice* in the above-captioned case.

This Motion is supported by the Declaration of Mark S. Zaid, Esq., attached as Exhibit "1", and the Declaration of Margaret Donovan, Esq., and her current Certificate of Good Standing attached as Exhibit "2".

As Ms. Donovan's Declaration notes she is admitted and is an active member in good standing in the United States District Court for the District of Connecticut, the United States District Court for Kentucky, and the Bars of Connecticut, New York and New Jersey.

Counsel for the Defendants were advised of this Motion and have indicated they consent. The granting of this Motion will not delay or impact any other currently scheduled matters in this proceeding. A proposed Order is attached.

Date: February 4, 2025

                                              Respectfully submitted,

                                              *s/Mark S. Zaid*

                                              Mark S. Zaid, Esq.
                                              D.C. Bar No. 440532
                                              MARK S. ZAID, P.C.
                                              1250 Connecticut Avenue, N.W.
                                              Suite 700
                                              Washington, D.C. 20036
                                              Email: Mark@MarkZaid.com
                                              Phone: (202) 498-0011
                                              Facsimile: (202) 330-5610