# EXHIBIT "1"

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FEDERAL BUREAU OF INVESTIGATION AGENTS ASSOCIATION; JOHN DOE 1; JOHN DOE 2; JOHN DOE 3; JOHN DOE 4; JANE DOE 1; JANE DOE 2; and JANE DOE 3.<br><br>          Plaintiffs,<br><br>      v.<br><br>U.S. DEPARTMENT OF JUSTICE and THE UNITED STATES OF AMERICA,<br><br>          Defendant. | Civil Case No. 25-328 |

**DECLARATION OF MARK S. ZAID, ESQ.**

I, MARK S. ZAID, pursuant to 28 U.S.C. § 1746, hereby declares as follows:

1. I am a person over eighteen (18) years of age and competent to testify. I make this Declaration on personal knowledge and in support of the Motion For Admission Of Attorneys Christoper Mattei and Margaret Donovan *Pro Hac Vice*.

2. I have been a Member of this Court since 1994, and I appear regularly before it.

3. I have recently come to know both Mr. Mattei and Ms. Donovan, who are employed by the same firm Koskoff Koskoff & Bieder PC in Bridgeport, Connecticut. They will be appearing in this matter as co-counsel on behalf of representing the FBI Agents Association.

4. Mr. Mattei is a very experienced litigator and has handled some of the highest profile trials in the country, including serving as lead counsel for Sandy Hook families in their defamation lawsuit against far-right media personality, Alex Jones. That trial

culminated in a $1.4 billion jury verdict, the largest defamation verdict in American history and the largest verdict of any kind in Connecticut history. Prior to joining Koskoff, Mr. Mattei served as Chief of the Financial Fraud & Public Corruption unit with the United States Attorney's Office for the District of Connecticut. As a federal prosecutor, he supervised and served as trial counsel in the prosecution of former Governor John G. Rowland and others on campaign finance and obstruction of justice charges. I have absolutely no questions or concerns regarding his character or integrity.

5. Ms. Donovan has been practicing law for over a decade. She served six years as an Assistant United States Attorney for the United States Attorney's Office, District of Connecticut, where she focused on firearms prosecutions, domestic terrorism, and violent crime. Prior to joining the Department of Justice, Ms. Donovan served as a Captain in the United States Army working as an attorney in the JAG Corps assigned to the 101st Airborne Division (Air Assault) and later with a Special Forces battalion. She is also a visiting Lecturer at Yale Law School. I have absolutely no questions or concerns regarding her character or integrity.

6. I have full faith and confidence in both Mr. Mattei and Ms. Donovan's abilities to follow all rules of this Court.

I do solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of the foregoing paper are true to the best of my knowledge.

Date: February 4, 2025

Mark S. Zaid

2