# EXHIBIT "2"

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

FBI Agents Association, et al.
_____ )
Plaintiff(s) )
)
vs. ) Case Number:
U.S. Department of Justice )
_____ )
Defendant(s)

**DECLARATION FOR PRO HAC VICE ADMISSION**
(to be attached to Motion for Pro Hac Vice Admission)

In accordance with LCvR 83.2 (c)(2) and LCvR 44.1 (c)(2), I hereby declare that the answers to the following questions are complete, true, and correct:

1. Full Name: Margaret M. Donovan

2. State bar membership number: CT 445982

3. Business address, telephone and fax numbers:
   Koskoff, Koskoff & Bieder, 350 Fairfield Avenue, Suite 501, Bridgeport, CT 06604

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:
   CT, NY, NJ, D. Conn, W.D.K.Y., CA2

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?  Yes ☐   No ☑

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?   Yes ☐   No ☑

   (Please attach a statement explaining any "Yes" answers to questions 5 or 6.)

7. List the number of times the attorney has been admitted pro hac vice into this court within the last two years.  0

   (If your principal office is located in the District of Columbia, please answer questions 8 and 9.)

8. Are you a member of the DC Bar? No

9. Do you have a pending application for admission into USDC for the District of Columbia? No

**In compliance with Local Rule 83.2(b) or LCrR 44.1(b), an attorney who wishes to appear as sole or lead counsel in a contested evidentiary hearing or trial on the merits further certifies that he/she:**

**(CHECK ALL ITEMS THAT APPLY)**

1. ☑ has previously acted as sole or lead counsel in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction in a contested jury or bench trial or other contested evidentiary hearing in which testimony was taken in open court and an order or other appealable judgment was entered. [LCvR 83.2(b)(1)/LCrR 44.1(b)(1)]; **OR**

2. ☑ has participated in a junior capacity in an entire contested jury or bench trial in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction. [LCvR 83.2(b)(2)/LCrR 44.1(b)(2)]; **OR**

3. ☐ has satisfactorily completed a continuing legal education trial advocacy course of at least 30 hours sponsored by the District of Columbia Bar or accredited by a State Bar. [LCvR 83.2(b)(3)/LCrR 44.1(b)(3)]

I declare under penalty of perjury that the foregoing is true and correct.

February 4, 2025

DATE                                                                    SIGNATURE OF ATTORNEY

2

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **MARGARET ELLEN MAIGRET** (No. **047972011**) was constituted and appointed an Attorney at Law of New Jersey on **December 07, 2011** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



*In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this 11th day of July, 2024.*

*Heather J. Baker*
*Clerk of the Supreme Court*



*Appellate Division of the Supreme Court of the State of New York Second Judicial Department*

I, Darrell M. Joseph, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that

## Margaret Maigret Donovan

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **June 20, 2012**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on July 11, 2024.

*Clerk of the Court*

CertID-00182758



**Appellate Division
Supreme Court of the State of New York
Second Judicial Department
45 Monroe Place
Brooklyn, N.Y. 11201
(718) 875-1300**

HECTOR D. LASALLE
PRESIDING JUSTICE

DARRELL M. JOSEPH
CLERK OF THE COURT

KENNETH BAND
DEPUTY CLERKS

MELISSA KRAKOWSKI
WENDY STYNES
LAUREN G. DOME
BRIAN E. KENNEDY
ASSOCIATE DEPUTY CLERKS

To Whom It May Concern

    An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

    An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

    New York State does not register attorneys as active or inactive.

    An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Second Judicial Department.

    Bar examination history is available from the New York State Board of Law Examiners.

    Instructions, forms and links are available on this Court's website.

Darrell M. Joseph
Clerk of the Court

Revised March 2024



# UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| 450 Main Street<br>Hartford, CT  06103<br>Phone: 860.240.3200<br>Fax: 860.240.3211 | 141 Church Street<br>New Haven, CT  06510<br>Phone: 203.773.2140<br>Fax: 203.773.2334 | 915 Lafayette Boulevard<br>Bridgeport, CT  06604<br>Phone: 203.579.5861<br>Fax: 203.579.5867 |

**Dinah Milton Kinney**
Clerk

**Monica Watson Cucchiarelli**
Chief Deputy Clerk

**Andrea Perce**
Human Resources Manager

**Christopher Newton**
Information Technology Manager

**Melissa Ruocco**
Division Manager, New Haven

**Joanne Pesta**
Division Manager, Bridgeport

**Michael Bozek**
Division Manager, Hartford

**Michelle Rynne**
Operations Analytics Manager and Courthouse Construction Liaison

July 10, 2024

Re: Standing in the Federal Bar
     Attorney Margaret Donovan,  Federal Bar No. phv09772

To Whom This May Concern:

As Deputy Clerk for the District of Connecticut, I certify that based on the information and records in the Clerk's Office for the District of Connecticut, Attorney Margaret Donovan, Federal Bar No. phv09772, is in good standing in the District of Connecticut federal bar, that she has had federal government courtesy admission to the federal bar for the District of Connecticut since October 15, 2018, and that she has not been the respondent in any grievance matter or the subject of discipline by the Court.

Sincerely,

*Joanne Pesta*

Joanne Pesta
Deputy Clerk, Bridgeport

Rev. 7/10/24

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

CERTIFICATE OF GOOD STANDING

I, **CATHERINE O'HAGAN WOLFE**, Clerk of the United States Court of Appeals for the Second Circuit,

CERTIFY that Margaret M. Donovan, as duly admitted to practice in said Court on November 26, 2018 and is in good standing.

**CATHERINE O'HAGAN WOLFE**
Clerk of Court

Dated: July 18, 2024,
New York City, New York

By: *Rashauna M. Betton*

Rashauna Muir-Betton
Deputy Clerk

