AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| FBIAA, et al. )<br>*Plaintiff* )<br>v. )<br>Dep't of Justice, et al. )<br>*Defendant* ) | Case No. 25-328 |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Department of Justice and the United States of America.

Date:  02/04/2025

/s/ Dimitar P. Georgiev
*Attorney's signature*

Dimitar P. Georgiev, D.C. Bar #1735756
*Printed name and bar number*

U.S. Attorney's Office for the District of Columbia
601 D Street, NW
Washington, DC 20530
*Address*

dimitar.georgiev-remmel@usdoj.gov
*E-mail address*

(202) 815-8654
*Telephone number*

*FAX number*