Rev. 11/2020

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

FEDERAL BUREAU OF INVESTIGATION
AGENTS ASSOCIATION, et al

    Plaintiff

vs.

DEPARTMENT OF JUSTICE, et al

    Defendant

Civil No.    25-328    (JMC)

Category   D

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on **2/4/2025** from **Judge Timothy J. Kelly** to **Judge Jia M. Cobb** by direction of the Calendar Committee.

(Case Related)

**JUDGE RUDOLPH CONTRERAS**
Chair, Calendar and Case Management Committee

cc: Judge Timothy J. Kelly & Courtroom Deputy
Judge Jia M. Cobb & Courtroom Deputy
Liaison, Calendar and Case Management Committee