UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL BUREAU OF INVESTIGATION AGENTS ASSOCIATION; JOHN DOE 1; JOHN DOE 2; JOHN DOE 3; JOHN DOE 4; JANE DOE 1; JANE DOE 2; and JANE DOE 3.<br><br>     Plaintiffs,<br><br>     v.<br><br>U.S. DEPARTMENT OF JUSTICE and THE UNITED STATES OF AMERICA,<br><br>     Defendants. | Civil Case No. 25-328 |

**CONSENTED-TO PLAINTIFFS' RENEWED MOTION FOR ADMISSION OF ATTORNEY MARGARET DONOVAN *PRO HAC VICE***

NOW COMES the Plaintiffs, by and through their undersigned local counsel and pursuant to Local Rule 83.2(e), to renew their Motion for the admission and appearance of attorney Margaret Donovan *pro hac vice* in the above-captioned case.

A prior Motion was filed for *pro hac vice* admission for Ms. Donovan (Dkt. 12) but was denied by Minute Order today that read:

> MINUTE ORDER denying [12] Consent Motion for Leave to Appear Pro Hac Vice: This District's local rules require that motions to appear pro hac vice "be accompanied by a certificate of the court or bar for the state in which the applicant regularly practices, which has been issued within thirty (30) days of filing and states that the applicant is a member in good standing of the bar of that state court." LCvR 83.2(e)(2). Ms. Donovan's certificates of good standing are dated July 2024. The Court therefore DENIES Plaintiffs' [12] motion without prejudice to refiling a compliant motion.

This renewed Motion corrects that deficiency with a current certificate of good standing. As with before, this Motion is supported by the Declaration of Mark S. Zaid, Esq., attached as

Exhibit "1", and the Declaration of Margaret Donovan, Esq., and her current Certificate of Good Standing attached as Exhibit "2".

As Ms. Donovan's Declaration notes she is admitted and is an active member in good standing in the United States District Court for the District of Connecticut, the United States District Court for Kentucky, and the Bars of Connecticut, New York and New Jersey.

Counsel for the Defendants were advised of the initial Motion and had indicated they consented. The granting of this Motion will not delay or impact any other currently scheduled matters in this proceeding. A proposed Order is attached.

Date: February 5, 2025

                                                 Respectfully submitted,

                                                 *s/Mark S. Zaid*

                                                 Mark S. Zaid, Esq.
                                                 D.C. Bar No. 440532
                                                 MARK S. ZAID, P.C.
                                                 1250 Connecticut Avenue, N.W.
                                                 Suite 700
                                                 Washington, D.C. 20036
                                                 Email: Mark@MarkZaid.com
                                                 Phone: (202) 498-0011
                                                 Facsimile: (202) 330-5610