UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL BUREAU OF INVESTIGATION AGENTS ASSOCIATION; JOHN DOE 1; JOHN DOE 2; JOHN DOE 3; JOHN DOE 4; JANE DOE 1; JANE DOE 2; and JANE DOE 3.<br><br>              Plaintiffs,<br><br>        v.<br><br>U.S. DEPARTMENT OF JUSTICE and THE UNITED STATES OF AMERICA,<br><br>              Defendants. | Civil Case No. 25-328 |

**ORDER**

The Court, having considered the Plaintiffs' Consented-To Renewed Motion for Admission of Attorney Margaret Donovan *Pro Hac Vice*, and the entire record herein, it is hereby,

ORDERED, that Plaintiffs' Motion is Granted;

SO ORDERED this 5th day of February 2025.

_____
UNITED STATES DISTRICT JUDGE