UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FEDERAL BUREAU OF INVESTIGATION
AGENTS ASSOCIATION, et al.,

        Plaintiffs,

    v.

DEPARTMENT OF JUSTICE, et al.,

        Defendants.

Civil Action No. 25-0328 (JMC)

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States

Attorney Jeremy S. Simon as co-counsel for Defendants in the above captioned case.

Respectfully submitted,

_____/s/_____
JEREMY S. SIMON, D.C. BAR #447956
Assistant United States Attorney
601 D. Street, N.W.
Washington, D.C. 20530
(202) 252-2528
Jeremy.Simon@usdoj.gov

Counsel for Defendants