UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL BUREAU OF INVESTIGATION AGENTS ASSOCIATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF JUSTICE, et al., <br><br> Defendants. | Civil Action No. 25-0328 (JMC) |

**DEFENDANTS' OPPOSITION
TO MOTION FOR TEMPORARY RESTRAINING ORDER**

Defendants the Department of Justice ("Department") and the United States of America respectfully submit as their opposition to Plaintiffs' motion for temporary restraining order the attached opposition filed in *Does v. Department of Justice*, Civ. A. No. 25-0325 (JMC) (D.D.C.), which is incorporated herein by reference.

Dated: February 6, 2025

Respectfully submitted,

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:        /s/ *Jeremy S. Simon*
JEREMY S. SIMON, D.C. BAR #447956
DIMITAR P. GEORGIEV, D.C. BAR #1735756
Assistant United States Attorneys
601 D Street, NW
Washington, DC 20530
(202) 252-2500 (main)

*Attorneys for the United States of America*