AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District Court of the District of Columbia

Federal Bureau of Investigation Agents
Association; John Does 1-4; and Jane Does 1-3

          *Plaintiff*
          v.
U.S. Department of Justice and the United
States of America
          *Defendant*

Case No. 1:25-cv-00328

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

John Does 1-4 and Jane Does 1-3.

Date: 2/6/2025

*Attorney's signature*

Norman Eisen, 435051
*Printed name and bar number*

600 Pennsylvania Avenue SE #15180
Washington, DC 20003
*Address*

norman@statedemocracydefenders.org
*E-mail address*

(202) 594-9958
*Telephone number*

*FAX number*



RECEIVED

FEB - 6 2025

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia