AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Federal Bureau of Investigation Agents Association, Et Al. | ) |
| *Plaintiff* | ) |
| v. | ) |
| Department of Justice, Et Al. | ) |
| *Defendant* | ) |

Case No.   1:25-cv-00328

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

FEDERAL BUREAU OF INVESTIGATION AGENTS ASSOCIATION                                   .

Date:      02/12/2025

*Attorney's signature*

Christopher Mattei #CT27500(phv)
*Printed name and bar number*

Koskoff, Koskoff & Bieder
350 Fairfield Ave.
Bridgeport, CT 06604

*Address*

CMattei@Koskoff.com
*E-mail address*

(203) 336-4421
*Telephone number*

(203) 368-3244
*FAX number*