UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL BUREAU OF INVESTIGATION AGENTS ASSOCIATION et al.<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE et al.<br><br>Defendants. | Case Nos. 25-0328-JMC (Lead Case) & 25-325-JMC  (Consolidated cases) |

### NOTICE OF WITHDRAWAL OF JOHN DOE #2

NOW COMES the Plaintiff John Doe #2 (for purposes of Civil Action No. **25-328,** which is now consolidated with Civil Action No. 25-325 and also has a Plaintiff with the same identifier), by and through their undersigned counsel, to respectfully notice pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(i) his voluntarily dismissal without prejudice of his claims against the Defendants.

Date:   February 23, 2025

Respectfully submitted,

*s/ Mark S. Zaid*

_____
Mark S. Zaid, Esq.
D.C. Bar #440532
Mark S. Zaid, P.C.
1250 Connecticut Avenue, N.W., Ste 700
Washington, D.C. 20036
(202) 498-0011; (202) 330-5610 fax
Mark@MarkZaid.com

Attorney for the Civ. 25-328 Plaintiffs